CM: USAO 2025R00599

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
UNITED STATES OF AMERICA        *
                                *
       v.                       *   CRIMINAL NO. 8:25-mj-02916-GLS
                                *
ISRAEL ALEXANDER CEDILLOS-      *
MESTANZA,                       *
       a/k/a                    *
"WILLIAM SEDILLO-MEDRANO"       *
```

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 1 0 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Scott Pirie, being duly sworn, depose and state the following:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have served in that capacity since January 2011. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including **ISRAEL ALEXANDER CEDILLOS-MESTANZA**'s criminal history record; and from reports of other enforcement officers involved in the investigation.

3. Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

1

4.      This Affidavit is submitted in support of a criminal complaint and arrest warrant for **CEDILLOS-MESTANZA**, charging him with reentry after removal in violation of 8 U.S.C. § 1326(a) and Escape from Custody, 18 U.S.C. § 751(a).

**PROBABLE CAUSE**

5.      **CEDILLOS-MESTANZA** is a citizen of El Salvador who entered the United States without inspection at an unknown time at an unknown place sometime after February 13, 2004.

6.      On an unknown date, at an unknown time, **CEDILLOS-MESTANZA** entered the United States without inspection by an immigration officer.

7.      On or about December 20, 1998, **CEDILLOS-MESTANZA** was taken into the custody of the Immigration and Naturalization Service (INS). On or about December 29, 1998, INS served **CEDILLOS-MESTANZA** with a Notice to Appear (NTA) before an Immigration Judge. On or about January 4, 1999, **CEDILLOS-MESTANZA** was released on an Order of Recognizance. On or about February 28, 2000, an Immigration Judge granted **CEDILLOS-MESTANZA** a Voluntary Departure by June 28, 2000. On or about June 28, 2000, **CEDILLOS-MESTANZA** failed to surrender for Voluntary Departure, and his order automatically became a Final Order of Removal from the United States.

8.      On or about December 10, 2003, **CEDILLOS-MESTANZA** was taken into ICE custody. On or about February 13, 2004, ICE removed **CEDILLOS-MESTANZA** from the United States to El Salvador.

9.      On an unknown date at an unknown time, **CEDILLOS-MESTANZA** subsequently reentered the United States.

2

10. On or about November 7, 2025, **CEDILLOS-MESTANZA** was encountered by ICE Enforcement and Removal Operations (ERO) in Hyattsville, Maryland, which is in the District of Maryland. Officers were targeting a female alien and conducted a vehicle stop on her registered vehicle. During the course of the stop, **CEDILLOS-MESTANZA** was identified as a passenger in the vehicle and his identity was confirmed by fingerprinting him via a mobile fingerprint scanner. **CEDILLOS-MESTANZA** was placed under arrest.

11. After detaining **CEDILLOS-MESTANZA** and placing him in an official government vehicle for transportation, the law enforcement officer conducting the transport came to a stop at Riggs Road Northeast and North Capitol Street, Northeast in Washington D.C. and **CEDILLOS-MESTANZA** escaped the transport vehicle and fled on foot. Officers engaged in a chase with **CEDILLOS-MESTANZA** to prevent his escape. However, **CEDILLOS-MESTANZA** ran to his home address on Hamilton Street in Hyattsville, Maryland. Officers were unable to rearrest **CEDILLO-MESTANZA** due to his entering the residence and refusing to exit.

12. There is no record that, following the prior deportation, **CEDILLOS-MESTANZA** ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

13. Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of **CEDILLOS-MESTANZA**, an alien who previously had been removed, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security, to reapply for

admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a) and 18 U.S.C. § 751(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Scott Pirie
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this ___7th___ day of November, 2025

_____
Honorable Gina L. Simms
United States Magistrate Judge

4